UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FEIGE WIEDER et al.,                                  :

                                           :       ORDER
                 Plaintiffs,

                                           :       24 Civ. 8495 (DEH) (GWG)
    -v.-

                                           :

ADVANCED BIONICS LLC                                  :

                                           :
                 Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A telephone conference to discuss the status of this matter shall take place on Wednesday, July 1, 2026, at 3:30 p.m.

      At the above date and time, the parties shall dial 646-453-4442 and use access code: 750 761 169#.   The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.   However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time.   In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated:  June 30, 2026
        New York, New York

                                          _____
                                          GABRIEL W. GORENSTEIN
                                         United States Magistrate Judge